IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAHNAZ BEIGI HOSSAINI, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3052 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| ADEL VAELIZADEH, | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the court are the defendant's Motion to Disqualify Paul E Galter and His Firm, (filing no. 2), his Motion to Quash Service and to Dismiss, (filing no. 4), and his Motion to Take Judicial Notice (filing no. 6). In addition, the court is reviewing and considering issues of subject matter jurisdiction and, to the extent the matters in this case may have already been litigated or are currently pending in another forum, federal abstention, res judicata, and collateral estoppel. Accordingly,

IT IS ORDERED:

1) On or before May 31, 2011, the plaintiff shall respond to the defendant's pending motions, and the jurisdictional, abstention and claim or issue preclusion issues identified by the court.

2) The defendant may reply to plaintiff's response, with such reply to be filed on or before June 13, 2011.

3) The issues identified in this memorandum and order will be deemed fully submitted on June 14, 2011.

May 16, 2011

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge